IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00254-PSF-MEH

BRENNA HATAMI,

    Plaintiff,

v.

FORTIS INSURANCE COMPANY,
n/k/a TIME INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 27, 2006.**

For good cause shown, the Joint Motion to Amend Scheduling Order [Filed June 23, 2006; Docket #15] is **granted**. The following case management deadlines shall hereafter govern this case:

| | | |
|---|---|---|
| ! | Deadline for Plaintiff to designate all all experts and provide information under Fed.R.Civ.P. 26(a)(2) to opposing counsel: | July 14, 2006 |
| ! | Deadline for Defendant to designate all rebuttal experts and provide information under Fed.R.Civ.P. 26(a)(2) to opposing counsel: | August 14, 2006 |
| ! | Deadline for Plaintiff to supplement expert reports in response to Defendant's designation: | August 28, 2006 |
| ! | Discovery Cutoff: | September 8, 2006 |

All other case management deadlines and conferences shall remain in full force and effect as set forth in the Scheduling Order entered on April 12, 2006.