IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00254-PSF-MEH

BRENNA HATAMI,

    Plaintiff,

v.

FORTIS INSURANCE COMPANY,
n/k/a TIME INSURANCE COMPANY,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' Stipulation to Dismiss Case With Prejudice (Dkt. # 20). The Court having reviewed the file and the Stipulation, and being fully advised in the premises, finds and ORDERS as follows:

IT IS HEREBY ORDERED that this case is DISMISSED WITH PREJUDICE, each party to bear her or its own costs and attorney fees.

IT IS FURTHER ORDERED that the parties' compliance with the settlement agreement is a condition to dismissal, and that should a dispute arise between the parties relating to enforcement of the settlement agreement, the Court retains jurisdiction to resolve the dispute.

DATED: August 31, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge